IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

SAM ROY LOVE, JR.,            )
                              )
            Plaintiff,        )
                              )
vs.                           )     No. CIV-14-22-C
                              )
DR. CHILDS, et al.,           )
                              )
            Defendants.       )

## O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on February 25, 2014, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff merely restates the conclusions and legal argument originally asserted, and there is nothing asserted by the Plaintiff which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 13), and for the reasons announced therein, Plaintiff's "Motion to Be Moved to Another County Jail" (Dkt. No. 12) is denied.

IT IS SO ORDERED this 19th day of March, 2014.

ROBIN J. CAUTHRON
United States District Judge