IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAM ROY LOVE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-22-C |
| | ) | |
| DR. CHILDS; ARMOR MEDICAL; | ) | |
| OKLAHOMA COUNTY JAIL; | ) | |
| JOHN WHETSEL, Sheriff Oklahoma | ) | |
| County Jail, | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This matter is before the Court on the Reports and Recommendations entered by United States Magistrate Judge Suzanne Mitchell on April 21 and May 2, 2014. The court file reflects that no party has objected to the Reports and Recommendations within the time limits prescribed. Therefore, the Court adopts the Reports and Recommendations in its entirety.

Accordingly, the Reports and Recommendations of the Magistrate Judge (Dkt. Nos. 26 & 29) are adopted and Plaintiff's Motion for Summary Judgment (Dkt. No. 28), construed as a motion for injunctive relief is denied. Plaintiff's Motion for Relief (Dkt. No. 18), Motion to Be Moved (Dkt. No. 19), Motion for Imediate [sic] Removal (Dkt. No. 20), Motion for Imediate [sic] Removal After Force (Dkt. No. 21), Motion for Imediate Interssion

[sic] (Dkt. No. 23), Motion for Imediate [sic] Relief (Dkt. No. 24), and Motion for an Imeadite [sic] Injunction (Dkt. No. 25) are denied.

IT IS SO ORDERED this 28th day of May, 2014.

_/s/ Robin J. Cauthron_
ROBIN J. CAUTHRON
United States District Judge